**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:09-CR-34-ECR (RAM) |
| ) | |
| JASON URICH, ) | |
| ) | |
| Defendant. ) | |

**FINAL ORDER OF FORFEITURE**

On December 8, 2009, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 2253, based upon the plea of guilty by defendant JASON URICH to criminal offense, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have a requiste nexus to the offense to which defendant JASON URICH pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on December 29, 2009, January 5, 2010, and January 12, 2010, in the Reno Gazette-Journal, and via the official government internet forfeiture site, www.forfeiture.gov, consecutively from January 23, 2010 through February 21, 2010, notifying all known third parties of their right to petition the Court.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

. . .

1  This Court finds no petitions are pending with regard to the assets named herein and the time
2  for presenting such petitions has expired.

3  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
4  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
5  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
6  32.2(c)(2); Title 18, United States Code, Section 2253; and Title 21, United States Code, Section
7  853(n)(7) and shall be disposed of according to law:

8  a)  any book, magazine, periodical, film, videotape, or other matter which contains
9      any such visual depiction, which was produced, transported, mailed, shipped,
10     or received; computer images, including movie and still image files, depicting
11     a minor engaging in sexually explicit conduct and the diskettes and hard drives
12     on which they are maintained;
13 b)  a Gateway monitor S/N MUL7006C0010427;
14 c)  one mouse S/N CNA23619208; and
15 d)  one Gateway tower PC ESX 5005 S/N 0029029264.

16 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
17 funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as
18 any income derived as a result of the United States of America's management of any property forfeited
19 herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

20 The Clerk is hereby directed to send copies of this Order to all counsel of record and three
21 certified copies to the United States Attorney's Office.

22 DATED this _26th day of March, 2010

*Edward C. Reed.*
UNITED STATES DISTRICT JUDGE