UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>              Plaintiff,          )<br>  )<br>vs.                                          )<br>  )<br>  )<br>JASON URICH,                       )<br>  )<br>              Defendants.      )<br>_____) | Case No. 3:09-cr-00034-ECR-RAM<br><br>ORDER |

On November 7, 2011, the Court received a letter (#33) from Defendant stating that contrary to the recommendation of the Court he has not been assigned to FCI Herlong for his period of incarceration. This recommendation was included in this Judgment and Commitment Order (#31) filed April 5, 2010. It is a recommendation to the Bureau of Prisons, no more, no less; it is not a direction to the Bureau and is not binding on the Bureau. There are many factors which enter into assignments of inmates to institutions in the federal system and the recommendation of the Court is only one of them.

In the Judgment and Commitment Order (#31), we requested the Bureau of Prisons to provide a written explanation to the Court in the event of the aforementioned and other recommendations contained therein could not be complied with. No such written explanation has been received by the Court and

apparently the Bureau of Prisons has been unable to comply with our recommendation concerning the place of incarceration of Defendant.

IT IS THEREFORE ORDERED that the Bureau of Prisons is again requested within 21 days to provide a written explanation to the Court for its inability to comply with the Court's recommendation concerning the place of incarceration of Defendant.

IT IS FURTHER ORDERED that a copy of this order shall be sent by the Clerk to Defendant at the address forth in his letter (#33) to the Court and to the Bureau of Prisons at the following address:

>Federal Bureau of Prisons
>Designation and Computation Center
>346 Marine Forces Drive
>Grand Prairie, TX 75051

Dated this 18th day of November 2011.

_____
EDWARD C. REED, JR.
United States District Judge